The **MEDICAL ASSOCIATION OF the STATE OF ALABAMA, et al.,** Plaintiffs-Appellants,

v.

**Margaret M. HECKLER, etc. et al.,** Defendants-Appellees.

No. 83–7101
Non-Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 9, 1983.

Von G. Memory, Montgomery, Ala., for Gubin.

Susan B. Bevill, Asst. U.S. Atty., Montgomery, Ala., Joe R. Whatley, Jr., Birmingham, Ala., for defendants-appellees.

Before HILL, KRAVITCH and HENDERSON, Circuit Judges.

PER CURIAM:

Appellants filed suit in the Middle District Court of Alabama. For a complete review of the facts and issues see *Medical Association of the State of Alabama v. Schweiker,* 554 F.Supp. 955 (M.D.Ala.1983). We affirm this action based upon the well-considered opinion of Judge Myron Thompson there reported. We write only to note that since the filing of the district court's opinion, this circuit has upheld the "zone of interests" test which appellants urge this court to reconsider. See *Bank Stationers Association v. Board of Governors of the Federal Reserve System,* 704 F.2d 1233, 1235 (11th Cir.1983).

AFFIRMED.